IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RICKY LAMAR HOGAN,                                      *

         Plaintiff,                                   *

v.                                                              Case No.  5:25-cv-00284-MTT-ALS

                                    *

GEORGE IVEY, JR. et al.,

                                    *

         Defendants.                                  *

## J U D G M E N T

Pursuant to this Court's Order dated 2/26/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 27th day of February, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk